**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keyshia Promise Hadaway, | No. CV-22-00351-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| S. Waite, et al., | |
| Defendants. | |

       This matter is before the Court on its own review. Rule 4(m) of the Federal Rules of Civil Procedure requires that service be completed within ninety days of the filing of the Complaint. Plaintiff initiated this civil rights action, proceeding pro se, on August 5, 2022. Doc. 1. In the Court's Screening and Service Order filed on October 28, 2022, the Court dismissed Counts Two and Three of the Complaint and dismissed Defendants Federal Bureau of Prisons and Defendant and former USP-Tucson Warden Catricia Howard. *See generally* Doc. 9. The Court also reviewed Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Doc. 6. The Court ordered Defendants Waite and Gutierrez to answer Count One of the Complaint and the portion of Plaintiff's motion that sought injunctive relief. Doc. 9 at 11–15.

       The Court ordered that Plaintiff "either obtain a waiver of service or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later." Doc. 9 at 14. Nearly 120 days have passed since the filing of the Court's Order. As of this date, neither a waiver of service nor an Affidavit of Service has been filed as to Defendants Waite or Gutierrez.

**IT IS ORDERED** that **on or before March 23, 2023**, Plaintiff must file written notice demonstrating good cause why this action as to Defendants Waite or Gutierrez should not be dismissed under Federal Rule of Civil Procedure Rule 4(m). Failure to show cause by that date may result in dismissal of Plaintiff's claims against Defendants Waite and Gutierrez without further notice to Plaintiff.

Dated this 23rd day of February, 2023.

Honorable John C. Hinderaker
United States District Judge